# EXHIBIT A

# Maricopa County Justice Courts, Arizona

**San Marcos Justice Court**   201 E. Chicago St., #103, Chandler, AZ  85225   602-372-3400

| | |
|---|---|
| Chandler Therapy Clinic, Chris Komarnisky | CASE NUMBER: CC2020-0710915C |
| 4050 w. Ray Rd. #18 | **FILED** |
| Chandler AZ 85226 | Cigna Health Care of Arizona |
| | c/o CT Corporation |
| | 3800 N. Central Ave #460     APR 27 2020 |
| | Phoenix AZ 85012 |
| | SAN MARCOS JUSTICE COURT |
| Plaintiff(s) Name / Address / Email / Phone | Defendant(s) Name / Address / Email / Phone |

---

**SMALL CLAIMS SUMMONS**        ☐ Replacement        ARSCP 5(b)

The Statutory Agent / Corporate Officer to be served is:

CT Corporation
3800 N. Central Ave #460
Phoenix AZ 85012

_Name / Address / Email / Phone_

Notice: A separate Summons will be issued for each named defendant on the complaint.

TO THE ABOVE-NAMED DEFENDANT: You are directed to answer this complaint within **20 calendar days** by filing a written Answer in the court named above.  If you do not answer or defend, you run the risk of having a judgment entered against you for the amount of plaintiff's claim, plus court costs.  A filing fee must be paid at the time your answer is filed.  If you cannot afford to pay the required fee, you may request that the Court either waive or defer the fee.

**REQUESTING AN INTERPRETER OR SPECIAL ACCOMMODATIONS: The court should be notified of requests for an interpreter or special accommodations at least** _15 calendar days_ **before a court date.**

Date: 4/27/2020 _____   _____
                              Clerk

Please inform court staff if interpreter services are required.
☐ Yes, I need interpreter services.  Language: _____

SC 8150-300.2  R: 1/1/20

# EXHIBIT B

# Maricopa County Justice Courts, Arizona

**San Marcos Justice Court   201 E. Chicago St., #103, Chandler, AZ  85225   602-372-3400**

CASE NUMBER: CC-2020-071091 JC

**FILED**

| | |
|---|---|
| Chandler Therapy Clinic, Dr. Chris Komarnisky | Cigna Health Care of Arizona |
| 4050 w. Ray Rd. Chandler AZ 85226 | c/o CT Corporation |
| 480 518-5353 | 3800 N. Central Ave #460 |
| | Phoenix AZ 85012 |

APR 27 2020

SAN MARCOS JUSTICE COURT

Plaintiff(s)  Name / Address / Email / Phone          Defendant(s)  Name / Address / Email / Phone

2nd Named Defendant: _____

3rd Named Defendant: _____

**FILED** APR 15 2020 ARSCP SAN MARCOS JUSTICE COURT

## SMALL CLAIMS COMPLAINT

**WARNING:  THERE ARE NO APPEALS IN SMALL CLAIMS CASES.  You do not have the right to appeal the decision of the Hearing Officer or the Justice of the Peace in the Small Claims Division of this court.  If you wish to preserve your right to appeal, you may have your case transferred to the Civil Division of this court.  If you request such transfer, allow at least 10 business days prior to the day of the scheduled hearing. ARS 22-504, ARSCP 13(a)**

This court has venue over this matter because:

☐ Defendant resides in this precinct.

☒ The debt, transaction or incident that resulted in this claim occurred in this precinct at the following location (ARS 22-202):

_____

$ 2916      is the total amount owed me by defendant because (please attach additional page(s) if more room is needed):

My patient, Mr. J. B. DOB: 04/22/1980 Cigna ID#: 102564666, has health insurance through Cigna.  He attended treatments for his injuries at our clinic from 05/08/19 to 07/31/19. He had insurance benefits for his therapy at 50% of allowed amount after a $2000 deductible with a limit of 20 visits per year. After his deductible was satisfied Cigna requested treatment notes, which were all provide, but no response to our inquiry of payment. We continued to call, email, write, appeal, about payment but no answer ever came.  After waiting seveal months and after many fruitless attempts at getting our claims paid we now ask for a court judgement.

_____

_____

To the best of my knowledge and belief:

Date: 03/04/20      _____

Plaintiff (signature)

---

| |
|---|
| Please inform court staff if interpreter services are required. |
| ☐ Yes, I need interpreter services.  Language: _____ |

**NOTICE: If you are representing a partnership, association or any other organization, provide the court with a notice stating your position and authority to represent this action.**

SC 8150-300.01 R: 1/1/20